Michael L. Kirby (50895)
  mkirby@knlh.com
Jason M. Kirby (213370)
  jkirby@knlh.com
**KIRBY NOONAN LANCE & HOGE LLP**
600 West Broadway, Suite 1100
San Diego, California 92101-3387
Telephone (619) 231-8666
Facsimile (619) 231-9593

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SALAH M. HASSANEIN, an individual and on behalf of THE SALAH M. HASSANEIN INSURANCE TRUST and THE SALAH M. HASSANEIN DEL MAR TRUST,<br><br>     Plaintiff,<br><br>  vs.<br><br>BANK OF AMERICA, N.T.S.A., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>     Defendants.<br><br>BANK OF AMERICA, N.A., a national association,<br><br>     Third-Party Plaintiff,<br><br>  vs.<br><br>RICHARD H. LINSDAY, an individual,<br><br>     Third-Party Defendant. | CASE NO. 06-CV-20871EG (AJB)<br><br>**STIPULATED ORDER RE: REMAND ENTIRE ACTION TO STATE COURT** |

This stipulated ORDER is made with reference to the following facts:

(1)  Plaintiffs originally filed this action in San Diego Superior Court, Case No. GIC 871746, on August 29, 2006, against the Defendant Bank of America N.A. ("BofA");

(2)  On or about September 26, 2006, Defendant BofA removed the action from San Diego Superior Court to this Court based on complete diversity of citizenship, 28 U.S.C. § 1441(b);

(3)  On January 24, 2007, Plaintiffs filed their First Amended Complaint adding Third-Party Defendant Richard H. Linsday as an individual Defendant in this action;

(4)  Richard H. Linsday is resident of California;

(5)  The addition of Richard H. Linsday as Defendant eliminated the complete diversity of citizenship that was the basis for subject matter jurisdiction in this Court; and

(6)  The Court has set a hearing on April 2, 2007 to determine if it has subject matter jurisdiction;

(7)  The parties have agreed that addition of Richard H. Linsday as a Defendant eliminated subject matter jurisdiction in this Court, and the current action should be remanded to the Superior Court of California, County of San Diego, pursuant to 28 U.S.C. § 1447 (e); and

(8)  The parties, by and through their attorneys of record, have stipulated on or about March 8, 2007 to remand this entire action to San Diego Superior Court.

## **ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED as follows:

(1) This action is remanded to San Diego Superior Court Case No. GIC 871746, where it was previously assigned to Judge Yuri Hofmann in Department 60; and

(2) The hearing on April 2, 2007 in this matter is vacated.

IT IS SO ORDERED.

DATED:  March 15, 2007

*Irma E. Gonzalez*
Hon. Irma E. Gonzalez
United States District Judge

Kirby Noonan Lance & Hoge LLP
600 West Broadway, Suite 1100 San Diego, California 92101-3387